UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 07 CR 20897

vs.

Mario A. Simbaqueba Bonilla   **CHANGE OF PLEA**

On 1-9-08 the above named defendant appeared in person before the Honorable Paul C. Huck, United States District Judge/Magistrate, with Jay White, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) Counts 1-14, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
( ) The Court postponed sentencing until 3-19-07 @ 9:00 am.

_____

( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.
(✓) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge: Paul C. Huck
Reporter: Patricia Sanders
Courtroom Deputy: Evelyn Williams

No plea agreement

Richard Boscovich, AUSA

12:30